

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WRIGHT, SUSAN W. | EASTERN DISTRICT OF ARKANSAS | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT<br>600 W. CAPITOL AVE., SUITE D157-A<br>LITTLE ROCK, AR 72201 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Five (5████ Trusts |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Wright, Susan W.**

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | self-employed attorney and consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | First Amendment Center | 2/19-2/20/2010 | Nashville, TN | moot court | lodging and transportation. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Money Mkt Assets | A | Interest | K | T | | | | | |
| 2. Keystone Precious Metals | A | Dividend | J | T | | | | | |
| 3. TIAA/CREF-1 S403(b) | C | Interest | N | T | | | | | |
| 4. Regions Bank | A | Interest | K | T | | | | | |
| 5. ▉▉▉ Trust | A | Dividend | N | T | | | | | See Note A. |
| 6. - 3M Corp | | | | | Merged (with line 255) | 01/01/10 | J | | |
| 7. - Abbott Labs(Y) | | | | | | | | | |
| 8. - US Bank(Y) | | | | | | | | | |
| 9. - Cisco Sys Inc.(Y) | | | | | | | | | |
| 10. - Diamonds Trust I(Y) | | | | | | | | | |
| 11. - GM Corp(Y) | | | | | | | | | |
| 12. - Ishares Cohen & Steers Realty Majors Index Fnd | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 13. - Ishares Tr-Dow Jones US Indl Sector Index Fnd | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 14. - Ishares TR Consumer Cyclical | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 15. - Ishares TR S&P Midcap | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 16. - Dillards Cap Tr(Y) | | | | | | | | | |
| 17. - Wells Fargo Money Funds(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Tenn Valley Auth(Y) | | | | | | | | | |
| 19.   - Accenture Ltd.(Y) | | | | | | | | | |
| 20.   - Altria Group Inc.(Y) | | | | | | | | | |
| 21.   - Apartment Investment & Reit Management Co-A(Y) | | | | | | | | | |
| 22.   - Caterpillar Inc. | | | | | Merged (with line 212) | 01/01/10 | J | | |
| 23.   - Chevron Corporation | | | | | Merged (with line 213) | 01/01/10 | J | | |
| 24.   - Colgate-Palmolive Co. | | | | | Merged (with line 215) | 01/01/10 | J | | |
| 25.   - Dominion Res Inc VA New(Y) | | | | | | | | | |
| 26.   - Eli Lilly & Co(Y) | | | | | | | | | |
| 27.   - Exxon Mobil Corp. | | | | | Merged (with line 217) | 01/01/10 | J | | |
| 28.   - Frprt-Mcmrn CPPR & Gld B(Y) | | | | | | | | | |
| 29.   - General Electric Company | | | | | Merged (with line 218) | 01/01/10 | J | | |
| 30.   - Harrahs Entmt Inc.(Y) | | | | | | | | | |
| 31.   - IDEARC Inc.(Y) | | | | | | | | | |
| 32.   - International Business Machine Corp. | | | | | Merged (with line 226) | 01/01/10 | J | | |
| 33.   - IShares Lehman 20+ Yr. Treas | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 34.   - IShares IBoxx $ Yield | | | | | Merged (with line 228) | 01/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - IShares Inv Gr Bond ETF | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 36. - IShres Morning Mid Grth | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 37. - IShares MSCI Hong Kong Index Fd | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 38. - IShares MSCI Pac Ex-Japn | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 39. - IShares MSCI EAFE Index Fund | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 40. - IShares MSCI Singapore Index Fd. | | | | | Merged (with line 233) | 01/01/10 | J | | |
| 41. - IShares NYSE 100 Index | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 42. - IShares Russell Midcap Value | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 43. - Ishrs Lehman MBS F-R ETF | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 44. - IShares S&P Midcap 400 Value Index Fd | | | | | Merged (with line 232) | 01/01/10 | J | | |
| 45. - IShares S&P Small Cap 600 Value Index Fd. | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 46. - IShares TR Russell 2000 Value Index | | | | | Merged (with line 235) | 01/01/10 | J | | |
| 47. - IShares TR 1-3 Yr Treas Index Fd | | | | | Merged (with line 227) | 01/01/10 | J | | |
| 48. - Johnson & Johnson | | | | | Merged (with line 234) | 01/01/10 | J | | |
| 49. - Kraft Foods Inc. CL A | | | | | Merged (with line 237) | 01/01/10 | J | | |
| 50. - Kroger Co. Comm.(Y) | | | | | | | | | |
| 51. - Lindoln Natl Corp Ind(Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - McDonalds' Corp. | | | | | Merged (with line 238) | 01/01/10 | J | | |
| 53. - Microsoft Corp | | | | | Merged (with line 240) | 01/01/10 | J | | |
| 54. - Oneok Inc New(Y) | | | | | | | | | |
| 55. - Pfizer Incorporated(Y) | | | | | | | | | |
| 56. - Philip Morris Intl Inc. | | | | | Merged (with line 242) | 01/01/10 | J | | |
| 57. - Powershares Intl Divd Achievers Portfolio | | | | | Merged (with line 243) | 01/01/10 | J | | |
| 58. - Regal Entertainment Grp A(Y) | | | | | | | | | |
| 59. - RPM Intl Inc.(Y) | | | | | | | | | |
| 60. - Sanofi-Aventis ADR(Y) | | | | | | | | | |
| 61. - SPDR S&P Dividend ETF | | | | | Merged (with line 243) | 01/01/10 | J | | |
| 62. - Streettracks Dow Jones Euro Stoxx 50 FD(Y) | | | | | | | | | |
| 63. - Streettracks Gold Trust(Y) | | | | | | | | | |
| 64. - Technology Sector Spdr(Y) | | | | | | | | | |
| 65. - United Technologies Corp | | | | | Merged (with line 248) | 01/01/10 | J | | |
| 66. - US Bancorp(Y) | | | | | | | | | |
| 67. - Vanguard Emerging Markets ETF(Y) | | | | | | | | | |
| 68. - Vanguard Energy Etf | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Verizon Communications (Y) | | | | | | | | | |
| 70. - Wisdomtree DVD Top 100 Fd(Y) | | | | | | | | | |
| 71. - Wal-Mart Stores Inc. | | | | | Merged (with line 254) | 01/01/10 | J | | |
| 72. Regions Bank (chkg) | B | Interest | | | Closed | 01/01/10 | J | | Note B. |
| 73. Monsanto Common Stock | A | Dividend | K | T | | | | | |
| 74. Monsanto | D | Dividend | K | T | | | | | |
| 75. Fidelity Funds (Retirement) | | None | K | T | | | | | |
| 76. Jonesboro AR Res Hsg & Health Care Fac | A | Interest | J | T | | | | | |
| 77. Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | K | T | | | | | |
| 78. Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | J | T | | | | | |
| 79. Putnam Fnd for Gwth & Inc CLB | A | Dividend | J | T | | | | | |
| 80. First Star Bank, AR | A | Interest | J | T | | | | | |
| 81. Regions Bank | A | Interest | J | T | | | | | |
| 82. Ing | B | Interest | K | T | | | | | |
| 83. ▮▮▮▮Trust▮▮▮▮ | A | Dividend | L | T | | | | | |
| 84. - SPDR Series 1 | | | | | | | | | |
| 85. - Morgan Stanley Bank N.A.(X) | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. T.D. Williamson, Inc. C.S. (Ed.) | D | Dividend | N | T | | | | | |
| 87. Oppenheimer Main St. Fnd | A | Dividend | J | T | | | | | |
| 88. Putnam Fd. For Growth & Inc B | A | Dividend | J | T | | | | | |
| 89. Regions Bank Money Mkt acct | A | Interest | K | T | | | | | |
| 90. Steph. Select Dimensions Annuity | A | Dividend | | | Closed | 01/01/10 | J | | See Note C. |
| 91. Municipal Bonds (MSDW) | A | Interest | M | T | | | | | |
| 92. - Little River AR Rev Bds (refnding Ga.-Pacific Corp) | | | | | | | | | |
| 93. - Conway Arkansas Wastewtr Rev | | | | | | | | | |
| 94. - University of Arkansas Univ Revs Various Fac-FV Ser A B/E | | | | | | | | | |
| 95. - AR St-Dev Fin Auth Rev Epis. Collegiate Schl. Proj B/E | | | | | | | | | |
| 96. Putnam OTC Emerg Grwth T.Cl. B | A | Dividend | J | T | | | | | |
| 97. Fundamental Invester Inc | A | Dividend | J | T | | | | | |
| 98. Global Marine | A | Dividend | J | T | | | | | |
| 99. New Perspectives Fund Inc | A | Dividend | J | T | | | | | |
| 100. Oppenheimer Main St. Fund Inc. & Grw. F.Cl. B | A | Dividend | K | T | | | | | |
| 101. Putnam Fd. for Grwth & Inc Cl B | A | Dividend | K | T | | | | | |
| 102. Washington Mutual Investers | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Esti | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. ▓ Testamentary Trust ▓ | B | Int./Div. | L | T | | | | | |
| 104. - Balanced Growth Fund A (MS I) | | | | | | | | | |
| 105. - Balanced Growth Fund B (MS I) | | | | | | | | | |
| 106. - Dividend Grwth Securities A (MS1) | | | | | | | | | |
| 107. - Dividend Grwth Securities B (MS1) | | | | | | | | | |
| 108. - Strategist Fund A (MS1) | | | | | | | | | |
| 109. - Global Advantage Fd B (prev - Euro Grwth Fd B (MS1) | | | | | | | | | |
| 110. - Aggressive Equity Fd B (MS1) | | | | | | | | | |
| 111. - Strategist Fund B (MS1) | | | | | | | | | |
| 112. - AIM Cap. Dev. A | | | | | | | | | |
| 113. - Amer Gr Fd of America F | | | | | | | | | |
| 114. - Fidel Adv Dvrsfd Intl A | | | | | | | | | |
| 115. - Lazard Emerging Markets I | | | | | | | | | |
| 116. - Phoenix Multi-Sector S/T BD A | | | | | | | | | |
| 117. - PIMCO Ttl Ret A | | | | | | | | | |
| 118. - RS Partners A | | | | | | | | | |
| 119. - TCW Galileo Div Focus N | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - MS(DW) Active Asset Money Fnd | | | | | | | | | |
| 121. Testamentary Trust II | A | Int./Div. | M | T | | | | | |
| 122. - Aston/Optim Mid Cap N | | | | | | | | | |
| 123. - Cohen & Steers Intl Realty A | | | | | | | | | |
| 124. - Hartford Cap Apprec A | | | | | | | | | |
| 125. - Lazard Emerging Mkts Open | | | | | | | | | |
| 126. - MSIF Intl SmallCap P | | | | | | | | | |
| 127. - Pimco Total Return A | | | | | | | | | |
| 128. - RS Partners A | | | | | | | | | |
| 129. - TCW Div Focused N | | | | | | | | | |
| 130. - US Treasury Note | | | | | | | | | |
| 131. - Money Fund 1 (MSDW) | | | | | | | | | |
| 132. Trust 1 | A | Interest | L | T | | | | | |
| 133. - Activision Inc. | | | | | | | | | |
| 134. - Amphenol Corp. New Cl.A | | | | | | | | | |
| 135. - Baker-Hughes Inc | | | | | | | | | |
| 136. - Bank of America Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Caterpillar | | | | | | | | | |
| 138. - Citrix Systems Inc. | | | | | | | | | |
| 139. - CVS/Caremark RX (merger) | | | | | | | | | |
| 140. - Danaher Corporation | | | | | | | | | |
| 141. - Devon Energy | | | | | | | | | |
| 142. - El Paso Corporation | | | | | | | | | |
| 143. - El Paso Corporation | | | | | | | | | |
| 144. - Johnson & Johnson | | | | | | | | | |
| 145. - JP Morgan Chase & Co. | | | | | | | | | |
| 146. - NII Holdings, Inc. | | | | | | | | | |
| 147. - Noble Corporation | | | | | | | | | |
| 148. - Oracle Corporation | | | | | | | | | |
| 149. - Polo Ralph Lauren | | | | | | | | | |
| 150. - Praxair Inc | | | | | | | | | |
| 151. - Procter & Gamble Company | | | | | | | | | |
| 152. - Qualcomm Inc. | | | | | | | | | |
| 153. - Republic Services | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Staples, Inc. | | | | | | | | | |
| 155. - Teva Pharmaceuticals Inds Adr | | | | | | | | | |
| 156. - TD Ameritrade Holding Corp | | | | | | | | | |
| 157. - US Treasury Note | | | | | | | | | |
| 158. Washington Mutual Inv Fd (IRA) | A | Dividend | J | T | | | | | |
| 159. Equity Inc. Fd. Sel. Ten 97 Ser. A (IRA) | A | Dividend | J | T | | | | | |
| 160. Fundamental Investor Inc (IRA) | A | Dividend | J | T | | | | | |
| 161. New Perspective Fd. Inc (IRA | A | Dividend | J | T | | | | | |
| 162. Putnam Fd. for Grwth & Inc Cl B (IRA) | C | Dividend | J | T | | | | | |
| 163. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 164. Steph. Eq. Tr. Sel. 10 Ind | A | Dividend | | | Closed | 01/01/10 | J | | See Note C |
| 165. Steph. Eq. Tr. Comp. Edge Best Ideas | A | Dividend | | | Closed | 01/01/10 | J | | See Note C |
| 166. Steph. Div. Growth B | A | Dividend | | | Closed | 01/01/10 | J | | See Note C |
| 167. Steph. Bal. Growth C | A | Dividend | | | Closed | 01/01/10 | J | | See Note C |
| 168. John Hancock Fin. Ind. Fd. C1a | A | Dividend | J | T | | | | | |
| 169. Tarrant Cnty. TX Hlth. Facs Dev Corp | A | Dividend | J | T | | | | | |
| 170. ML PFD Cap. Trust III | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Brokerage Acct ▨▨▨ Trust | D | Int./Div. | M | T | | | | | |
| 172. - Blackrock Muni. Fd. | | | | | Buy | 04/15/10 | J | | |
| 173. - Wells Fargo Company | | | | | | | | | |
| 174. - Naveen Municipal Value F | | | | | | | | | |
| 175. - Naveen Insured Tax Free | | | | | | | | | |
| 176. - Evergreen Intl Tr Prec Metals Fnd C1 A MF | | | | | | | | | |
| 177. - Coach | | | | | Sold | 02/10/10 | J | A | |
| 178. - Diamonds Trust | | | | | Sold | 02/10/10 | J | A | |
| 179. - IBM | | | | | Buy | 01/12/10 | J | | |
| 180. - IShares TR Consumer Cyclical | | | | | | | | | |
| 181. - Powershares Aerospace & Defense Portfolio | | | | | | | | | |
| 182. - Little Rock AR Swr Rev Constr Ser A B/E FSA Mun. Bonds | | | | | | | | | |
| 183. - Nuveen Select Tax Free Income Port 2 SBI | | | | | | | | | |
| 184. Brokerage Acct ▨▨▨ IRA) | G | Int./Div. | N | T | | | | | |
| 185. - Tarrant Cnty Tex Health Facs Dev Corp Hlth Sys (muni) | | | | | | | | | |
| 186. -IShares Tr S&P Midcap 400 Index | | | | | | | | | |
| 187. - IShares Tr S&P 500 Index Fd. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Merrill Lynch Pfd Cap | | | | | | | | | |
| 189. - Money Market -Wells Fargo | | | | | | | | | |
| 190. - US Treas Note | | | | | | | | | |
| 191. - Fed Natl Mtg Assn Bonds | | | | | | | | | |
| 192. - Fed Natl Mtg Assn Notes | | | | | | | | | |
| 193. - Fed Home Loan Mtg Notes | | | | | | | | | |
| 194. - US Treas Bonds | | | | | | | | | |
| 195. - US Treas Bonds | | | | | | | | | |
| 196. - US Treas Inflation Index Notes | | | | | | | | | |
| 197. - Treasury Inflation Index | | | | | | | | | |
| 198. - Treasury Inflation Index CPN | | | | | | | | | |
| 199. - Pimco Fixed Income Shares Series C | | | | | | | | | |
| 200. - Pimco Advisors Fxd Inc. Series M | | | | | | | | | |
| 201. - Powershares Aerospace & Defense Portfolio PPA | | | | | | | | | |
| 202. ▓ IRA Brok.3▓▓▓ | A | Int./Div. | M | T | | | | | |
| 203. - AT&T Inc. | | | | | | | | | |
| 204. - Powershares Aerospace & Defense Portfolio | | | | | Sold | 01/10/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Univ AR Univ Revs Various FAC-Fayetteville Series (MUN.BONDS | A | Dividend | J | T | | | | | |
| 206. WF Brok. Acct. 1 (IRA) ▉ Cash) | A | Interest | J | T | | | | | |
| 207. WF Brok. ▉ | B | Dividend | K | T | | | | | |
| 208. - Air Prods & Chemicals Inc. | A | Dividend | J | T | | | | | |
| 209. - Alcoa Inc. | A | Dividend | J | T | | | | | |
| 210. - AmEx | A | Dividend | J | T | Buy | 08/19/10 | J | | |
| 211. - Bank of America Corp. | A | Dividend | J | T | | | | | |
| 212. - Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 213. - Chevron Corp. | A | Dividend | J | T | | | | | |
| 214. - Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 215. - Colgate-Palmolive Co. | A | Dividend | J | T | | | | | |
| 216. - CSX Corp. | A | Dividend | J | T | | | | | |
| 217. - Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 218. - General Electric Co. | A | Dividend | J | T | | | | | |
| 219. - General Mills, Inc.1 | A | Dividend | J | T | Buy | 11/10/10 | J | | |
| 220. - Goldman Sachs Group Inc. | A | Dividend | J | T | | | | | |
| 221. - Guess, Inc. | A | Dividend | J | T | Buy | 11/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Healthcare REIT Inc. | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 223. - Hewlett-Packard Co. | A | Dividend | J | T | | | | | |
| 224. - Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 225. - Intel Corp. | A | Dividend | J | T | | | | | |
| 226. - Internl. Bus Machines Corp. | A | Dividend | J | T | | | | | |
| 227. - IShare Tr. S&P Small Cap 600 Index Fd. | A | Dividend | J | T | | | | | |
| 228. - IShares 1BOXX Inv. Grade Corp Bond Fund | A | Dividend | J | T | | | | | |
| 229. - IShares JP Morgan Et Emerging Markets Bond Fd. | A | Dividend | J | T | | | | | |
| 230. - IShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 231. - IShares MSCI Malaysia Index Fd. | A | Dividend | J | T | Buy | 09/30/10 | J | | |
| 232. - IShares TR S&P Midcap 400 Index Fd. | A | Dividend | J | T | | | | | |
| 233. - IShares MSCI Singapore Index Fd. | A | Dividend | J | T | Buy | 10/18/10 | J | | |
| 234. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 235. IShares TR-Russell 112000 Index Fd. | A | Dividend | J | T | Buy | 10/18/10 | J | | |
| 236. - JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 237. - Kraft Foods Inc. CL. A | A | Dividend | J | T | Buy | 09/01/10 | J | | |
| 238. - McDonalds Corp. | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Merck & Co. Inc. New | A | Dividend | J | T | | | | | |
| 240. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 241. - Morgan Stanley Tech ET | A | Dividend | J | T | | | | | |
| 242. - Philip Morris Intl. Inc. | A | Dividend | J | T | | | | | |
| 243. - Powershares ET Preferred Portfolio PGX | A | Dividend | J | T | | | | | |
| 244. - Powershares EM Mar. ET Sov DE Pt. PCy | A | Dividend | J | T | | | | | |
| 245. Sector SPDR TB Technology Sel. Ssector | A | Dividend | J | T | Buy | 09/08/10 | J | | |
| 246. - SPDR Barclays Cap Hi Yield Bond ETF Jnk | A | Dividend | J | T | | | | | |
| 247. - SPDR Barclays Cap Hi Yld. Intl. Treasury Bond ETF | A | Dividend | J | T | Buy | 08/03/10 | J | | |
| 248. - United Technologies Corp. | A | Dividend | J | T | | | | | |
| 249. - V F Corp. | A | Dividend | J | T | | | | | |
| 250. - Vanguard Emerging Markets ETR | A | Dividend | J | T | | | | | |
| 251. - Vanguard Energy ETF | A | Dividend | J | T | | | | | |
| 252. - Vanguard Europe Pacific | A | Dividend | J | T | | | | | |
| 253. - Vanguard Reit ETF | A | Dividend | J | T | | | | | |
| 254. - Wal-Mart Stores Inc. | A | Dividend | J | T | | | | | |
| 255. - 3M Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. WA Brok.Acct.6█████ | B | Interest | N | T | | | | | |
| 257. - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | J | T | | | | | |
| 258. - AR St. Univ Rev Ref & Constru-Student Fee Mun. Bond | A | Int./Div. | J | T | | | | | |
| 259. - AR St. Dev Fin Auth Rev Episcopal Collegiate Sch Proj B/E | A | Int./Div. | J | T | | | | | |
| 260. Blackrock Muniyld. Inv. Fd. | B | Int./Div. | J | T | Buy | 04/15/10 | J | | |
| 261. - Conway WasteWater Rev. Impr. B/Q B/E | A | Int./Div. | K | T | | | | | |
| 262. - AR St, Ybuv Rev Student Fee Beebe Campus B/E Ambac | A | Int./Div. | K | T | | | | | |
| 263. - Little Riv Cnty AR Rev RFDG Amt Ga-Pac. Corp Proj | | Int./Div. | K | T | | | | | |
| 264. - Univ AR Univ Revs Various Fac-Fayetteville Ser A B/E OIL | A | Int./Div. | J | T | | | | | |
| 265. - Univ. Central AR Rev. Rfdg. | A | Dividend | J | T | Buy | 10/06/10 | J | | |
| 266. - Nuveen Sel. Tax Free Income Port 2 SBI | B | Int./Div. | K | T | | | | | |
| 267. - Nuveen Muni Value Fund Inc. | B | Int./Div. | L | T | | | | | |
| 268. - Nuveen Ins. Tax Free Adv. Muni Fd NEA | A | Int./Div. | J | T | | | | | |
| 269. WA Brok. Acct.8████████ ████ | A | Interest | J | T | | | | | |
| 270. TIAA-CREF (REW) | A | Int./Div. | L | T | | | | | |
| 271. WF Brok. Acct. 9 IRA███ | D | Int./Div. | N | T | | | | | |
| 272. - Andarko Petrol. Co. | | | | | Sold | 01/27/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - Advanced Micro Devices | | | | | Buy | 03/10/10 | J | | |
| 274. - American Express | | | | | Buy | 10/10/10 | J | | |
| 275. - Anheuser Busch | | | | | Buy | 11/17/10 | J | | |
| 276. - AOL Inc. | | | | | Sold | 01/04/10 | J | A | |
| 277. - AT&T Inc. | | | | | | | | | |
| 278. - Bank of America Corp. | | | | | Sold | 10/21/10 | J | A | |
| 279. - Brocade Communications Systems | | | | | Buy | 12/09/10 | J | | |
| 280. - Cabot Oil & Gas | | | | | Sold | 08/13/10 | J | B | |
| 281. - Carefusion | | | | | Buy | 03/10/10 | J | | |
| 282. - Chevron Corp. | | | | | Sold | 01/27/10 | J | A | |
| 283. - Cigna Corp. | | | | | Sold | 03/02/10 | J | A | |
| 284. - CIT Group, Inc. | | | | | Buy | 03/02/10 | J | | |
| 285. - CMS Energy Group | | | | | Buy | 02/02/10 | J | | |
| 286. - Comerica Inc. | | | | | | | | | |
| 287. - Corning Inc. | | | | | Sold | 02/11/10 | J | A | |
| 288. - CVS Caremark Corp. | | | | | Sold | 01/11/10 | J | A | |
| 289. - Devon Energy Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Directv | | | | | | | | | |
| 291. - Disney Walt Companhy | | | | | | | | | |
| 292. - DPL Inc. | | | | | Sold | 06/25/10 | J | A | |
| 293. - Du Pont E.I. De Nemours & Co. | | | | | Buy | 11/09/10 | J | | |
| 294. - El Paso Corp. | | | | | | | | | |
| 295. - E M C Corp Mass | | | | | | | | | |
| 296. - Energizer Holdings | | | | | Buy | 01/11/10 | J | | |
| 297. - Exelon Corp. | | | | | Sold | 01/27/10 | J | A | |
| 298. - Excel Energy | | | | | Buy | 08/13/10 | J | | |
| 299. - Exxon Mobil Corp. | | | | | Sold | 07/12/10 | J | B | |
| 300. - Forest Oil Corp. | | | | | Buy | 07/12/10 | J | | |
| 301. - General Electric Co. | | | | | | | | | |
| 302. - Goldman Sachs Group Inc. | | | | | Sold | 04/20/10 | J | A | |
| 303. - Goodyear Tire & Rubber | | | | | Sold | 08/13/10 | J | B | |
| 304. - Health Care REIT | | | | | Buy | 12/06/10 | J | | |
| 305. -Heinz H J Co. | | | | | | | | | |
| 306. - Hewlett Packard Co. | | | | | Sold | 01/28/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. - Home Depot Inc. | | | | | | | | | |
| 308. - Honeywell Intl. Inc. | | | | | | | | | |
| 309. - Jack in the Box Inc. | | | | | | | | | |
| 310. - Johnson & Johnson | | | | | Sold | 02/03/10 | J | B | |
| 311. - JPMorgan Chase & Co. | | | | | | | | | |
| 312. - Knight Capital Group Inc. | | | | | | | | | |
| 313. - Kraft Foods | | | | | Buy | 09/01/10 | J | | |
| 314. - Liberty Media Interactive A | | | | | | | | | |
| 315. - Liberty Media Corp. Starz.com Series A | | | | | | | | | |
| 316. - Lorillard Inc. | | | | | | | | | |
| 317. - Marsh & McLennan Cos., Inc. | | | | | Sold | 07/18/10 | J | B | |
| 318. - Merck & Co Inc. | | | | | | | | | |
| 319. - Metlife Inc. | | | | | | | | | |
| 320. - Microsoft Corp. | | | | | Buy | 06/25/10 | J | | |
| 321. - Morgan Stanley & Co. | | | | | Sold | 08/13/10 | J | A | |
| 322. - National Fuel Gas Co. | | | | | Sold | 01/27/10 | J | B | |
| 323. - Natl Semiconductor Corp. | | | | | Sold | 09/02/10 | J | B | |

1. Income Gain Codes:　　　　A =$1,000 or less　　　B =$1,001 - $2,500　　　C =$2,501 - $5,000　　　D =$5,001 - $15,000　　　E =$15,001 - $50,000
　(See Columns B1 and D4)　F =$50,001 - $100,000　　G =$100,001 - $1,000,000　H1 =$1,000,001 - $5,000,000　H2 =More than $5,000,000
2. Value Codes　　　　　　J =$15,000 or less　　　K =$15,001 - $50,000　　L =$50,001 - $100,000　　M =$100,001 - $250,000
　(See Columns C1 and D3)　N =$250,001 - $500,000　　O =$500,001 - $1,000,000　P1 =$1,000,001 - $5,000,000　P2 =$5,000,001 - $25,000,000
　　　　　　　　　　　　　P3 =$25,000,001 - $50,000,000　　　　　　　　　　P4 =More than $50,000,000
3. Value Method Codes　　　Q =Appraisal　　　　　R =Cost (Real Estate Only)　S =Assessment　　　　T =Cash Market
　(See Column C2)　　　　　U =Book Value　　　　　V =Other　　　　　　　　W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. - National Oilwell - Varco | | | | | Buy | 11/09/10 | J | | |
| 325. - Newfield Exploration Co. | | | | | Buy | 01/27/10 | J | | |
| 326. - Noble Energy Inc. | | | | | Sold | 01/28/10 | J | C | |
| 327. - Nokia Corp. | | | | | Sold | 04/27/10 | J | A | |
| 328. - Peabody Energy Corp. | | | | | Sold | 01/27/10 | J | A | |
| 329. - Pfizer Inc. | | | | | | | | | |
| 330. - Procter & Gamble Co. | | | | | | | | | |
| 331. - Progressive Corp. OH | | | | | Buy | 07/08/10 | J | | |
| 332. - Raytheon Company | | | | | | | | | |
| 333. - Republic Svces. Inc. | | | | | Buy | 09/02/10 | J | | |
| 334. - Rio Tinto PLC | | | | | Sold | 02/28/10 | J | A | |
| 335. - Simon Property Group | | | | | Sold | 08/23/10 | J | B | |
| 336. - Sirius XM Radio Inc. | | | | | Buy | 09/02/10 | J | | |
| 337. - SPX Corp. | | | | | Sold | 09/02/10 | J | A | |
| 338. - Sun Trust Banks Inc. | | | | | Buy | 09/02/10 | J | | |
| 339. - Symantec Corp. | | | | | Sold | 04/27/10 | J | A | |
| 340. - Teco Energy Inc. | | | | | Buy | 04/27/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. - Telefonica SA Company | | | | | Buy | 11/18/10 | J | | |
| 342. - Thermo Fisher Scientific Inc. | | | | | Sold | 08/26/10 | J | B | |
| 343. - Time Warner Inc. | | | | | | | | | |
| 344. - Travelers Cos. | | | | | Buy | 09/20/10 | J | | |
| 345. - United Continental Lldgs. Co. | | | | | | | | | |
| 346. - UnitedHealth Group Inc. | | | | | | | | | |
| 347. - URS Corp New | | | | | Sold | 09/17/10 | J | A | |
| 348. - US Bancorp New | | | | | | | | | |
| 349. - Verizon Communications Co. | | | | | | | | | |
| 350. - Wells Fargo Co. | | | | | | | | | |
| 351. - XL Capital Ltd. | | | | | Sold | 11/01/10 | J | B | |
| 352. - Xcel Energy Co., Inc. | | | | | Buy | 09/27/10 | J | | |
| 353. WF IRA ▓▓▓▓ Roth IRA) | A | Interest | J | T | | | | | |
| 354. - AT&T Inc. | | | | | | | | | |
| 355. - Entergy Corp New | | | | | Buy | 10/27/10 | J | | |
| 356. Metropolitan National Bank-Little Rock▓ | A | Interest | J | T | | | | | |
| 357. Layfayette Co., AR (royalty & fractional mineral interests) | E | Royalty | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Miller Co., AR (royalty & fractional mineral interest) | A | Royalty | J | W | | | | | |
| 359. Webster Parish, LA (royalty & fractional mineral interest) | C | Royalty | K | W | | | | | |
| 360. Caddo Parish, LA (royalty & fractional mineral interest) | C | Royalty | J | W | | | | | |
| 361. Columbia Co. AR (mineral interest) | A | Royalty | J | W | | | | | |
| 362. Hempstead Co., AR (mineral interest) | A | Royalty | J | W | | | | | |
| 363. Miller Co., AR (land) | | None | J | W | | | | | |
| 364. Lafayette Co., AR (land) | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note A. Ln. 5: This trust is a duplication of ln. 207. I inadvertently duplicated this trust in my 2009 report. I have merged the stocks listed under ln. 5 with those still held under ln. 207. All of the stock originally listed under ln. 5 has been reinvested. Lines 6-71 are included in this trust. I have merged the stock still held with the duplicate entries. Those stocks not still held are marked with a parenthetical Y and will be eliminated from my 2011 report.

Note B. Ln. 72. This account was closed several years ago and has been erroneously reported for those years.

Note C. Lines 164-167. These funds were transferrerd and incorporated into accounts at Wachovia Securities (now Wells Fargo) on 12/04/2008 and have been erroneously reported since that date.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN W. WRIGHT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544